Mark W. Lapham, Esq. (SBN 146352)
**LAW OFFICES OF MARK W. LAPHAM**
751 Diablo Rd.
Danville, CA 94526
TEL:  (925) 837-9007
FAX:  (925) 406-1616

Attorneys for Plaintiffs
ROMUALDO ENRIQUEZ and
OLIVIA ENRIQUEZ

## UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMUALDO ENRIQUEZ and OLIVIA ENRIQUEZ | Case No.: 3-15-cv-00940-JCS |
| Plaintiffs, | **NOTICE OF RECORDED LIS PENDENS** |
| v. | |
| BANK OF AMERICA, N.A., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., NATIONSTAR MORTGAGE, LLC and THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as trustee for the STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2006-AR7 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR7, | |
| Defendant(s). | |

**TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that a Lis Pendens has been recorded on the Subject Property.  A true and correct copy of the Lis Pendens is attached hereto.

DATED:  March 7, 2015

> By:  //s/Mark W. Lapham
> Mark W. Lapham, Attorney for Plaintiffs,
> ROMUALDO ENRIQUEZ and OLIVIA ENRIQUEZ



**RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:**

Mark Lapham, Esq.
**LAW OFFICES OF MARK LAPHAM**
751 Diablo Rd.
Danville, CA 94526

CONTRA COSTA Co Recorder Office
JOSEPH CANCIAMILLA, Clerk–Recorder
**DOC– 2015–0039613–00**
Check Number
Friday, MAR 06, 2015 10:40:02
MOD   $5.00 | REC   $15.00 | FTC   $4.00
RED   $1.00 | ERD   $1.00 |
Ttl Pd   $26.00   Nbr–0002206228
rrc / R9 / 1-5



SPACE ABOVE THIS LINE FOR RECORDER'S USE

# NOTICE OF PENDENCY OF ACTION

---

*Enriquez v. Bank of America, N.A., et al.*                    Notice of Pendency of Action

1  Mark W. Lapham, Esq. (SBN 146352)
   **LAW OFFICES OF MARK W. LAPHAM**
2  751 Diablo Rd.
   Danville, CA 94526
3  TEL: (925) 837-9007
   FAX: (925) 406-1616
4

5  Attorneys for Plaintiffs
   ROMUALDO ENRIQUEZ and
6  OLIVIA ENRIQUEZ

7

8                   **UNITED STATES DISTRICT COURT**

9            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

11  **RONUALDO ENRIQUEZ and**           ) Case No.: 3:15-cv-00940-JCS
    **OLIVIA ENRIQUEZ,**                )
12                                      )
           Plaintiffs,                  ) **NOTICE OF PENDENCY OF ACTION**
13                                      )
    v.                                  )
14                                      )
                                        )
15  BANK OF AMERICA, N.A., MORTGAGE     )
    ELECTRONIC REGISTRATION SYSTEMS,    )
16  INC., NATIONSTAR MORTGAGE, LLC and  )
    THE BANK OF NEW YORK MELLON f/k/a   )
17  THE BANK OF NEW YORK as trustee for )
    the STRUCTURED ASSET MORTGAGE       )
18  INVESTMENTS II TRUST 2006-AR7       )
    MORTGAGE PASS-THROUGH               )
19  CERTIFICATES, SERIES 2006-AR7,      )
                                        )
20         Defendant(s).                )
                                        )
21  _____)

22      **NOTICE IS HEREBY GIVEN** that Romualdo Enriquez and Olivia Enriquez, by and

23  through their attorney, filed the above-entitled Complaint against Defendants BANK OF

24  AMERICA, N.A., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,

25  NATIONSTAR MORTGAGE, LLC, THE BANK OF NEW YORK MELLON f/k/a THE BANK

26  OF NEW YORK as trustee for the STRUCTURED ASSET MORTGAGE INVESTMENTS II

27

28  TRUST 2006-AR7 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR7 and

1  All Persons Unknown Claiming Any Title, Estate, Lien or Interest in the Property Described in the

2  Complaint Adverse to Plaintiffs' Title, or Any Cloud on Plaintiffs' Title Thereto. The Complaint

3  was filed and commenced on February 26, 2015 and is now pending in the above-entitled court.

4
       The Complaint seeks to quiet title with regard to real property commonly known as 2836

5
   Pristine Way, Brentwood, Contra Costa County, California  94513; APN 018-480-034.  The full

6
   legal description of the Subject Property is attached as  **Exhibit "A"** hereto.  Therefore, the action

7
8  affects title to the real property which is the subject of the Complaint.  In addition to a judicial

9  determination that title is quieted in Romualdo Enriquez and Olivia Enriquez, alone, as owners in

10  fee simple, the Complaint asserts causes of action for Wrongful Foreclosure, Breach of Contract,

11  Fraud, for violation of Cal. Civil Code section 2924.17 and violation of the Business & Professions

12  Code section 17200 *et seq.*

13
   Dated: February 26, 2015                          LAW OFFICES OF MARK W. LAPHAM
14

15

16                                                   Mark W. Lapham
                                                     Attorney for the Plaintiffs
17                                                   ROMUALDO ENRIQUEZ and
                                                     OLIVIA

18

19

20

21

22

23

24

25

26

27

28

File No. 11454399-584-1 CC4

196123

## LEGAL DESCRIPTION

All that certain real property in the City of Brentwood, County of Contra Costa, State of California, described as follows:

Lot 189, as shown on the Map of Subdivision 8561, filed July 7, 2004, in Map Book 466 of Maps, Page 6, Contra Costa County Records.

EXCEPTING FROM PORTIONSOF SAID LAND:

1) All oil, gas, asphaltum and other hydrocarbons and minerals below a depth of 500 feet as granted in the Deed recorded February 9, 1981, in Book 10196, Page 125, Official Records.

2) "All oil, gas, casinghead gas, asphaltum and other hydrocarbons and all chemical gas now or hereafter found, situated or located in all or any part or portion of the land above described lying more than five hundred feet (500 feet) below the surface thereof, together with the right to slant drill for and remove all or any of said oil, gas, casinghead gas, asphaltum and other hydrocarbons and chemical gas lying below a depth of more than five hundred feet (500 feet) below the surface thereof; and the right to grant leases for all or any of said purposes, but without any right whatsoever to enter upon the surface of said lands within five hundred feet (500 feet) vertical distance below the surface thereof," as excepted in the Deeds from Harry H. Wynn and Charlotte Wynn, husband and wife as to an undivided 1/3 interest; and F. Maxine Muller, a single woman, as to an undivided 1/6 interest and George W. Muller, a single man, as to an undivided 1/6 interest, recorded December 31, 1986, Series Nos. 86-241329 and 86-241330, respectively.

3) "All oil, gas, casinghead gas, asphaltum and other hydrocarbons and all chemical gas now or hereafter found, situated or located in all or any part or portion of the land above described lying more than five hundred feet (500 feet) below the surface thereof, together with the right to slant drill for and remove all or any of said oil, gas, casinghead gas, asphaltum and other hydrocarbons and chemical gas lying below a depth of more than five hundred feet (500 feet) below the surface thereof; and the right to grant leases for all or any of said purpose, but without any right whatsoever to enter upon the surface of said lands within five hundred feet (500 feet) vertical distance below the surface thereof", as to an undivided 1/3 interest as reserved by Gerald J. Jeffry, et ux, in the Grant Deed recorded December 16, 1997, Series No. 97-244907, Contra Costa County Records.

4) The "oil, other hydro-carbons, gas and all other minerals and associated substances" as reserved in the Deed from Alice Mae Carpenter, et vir, to Giovanni Continente, dated November 4, 1943, and recorded November 18, 1943 in Volume 762 of Official Records, at Page 70, as said reservation was modified by those certain deeds from Kit Carpenter and Dorothy Ann Carpenter, Trustees of the Carpenter Family Trust to Ronald E. Nunn and Shirley A. Nunn, recorded November 25, 2002, Instrument No. 2002-445332, and from Kit Carpenter and Carolyn Huff to Ronald E. Nunn and Shirley A. Nunn, recorded November 25, 2002, Instrument No. 2002-445331, thereby reserving, as a mineral interest and not as a royalty

# EXHIBIT A

File No.  11454399-584-1, CC4

196123

interest, all oil, gas, hydrocarbons, and associated substances in, under, or produced and saved from the above-described land, below 500 feet of the surface of the land, but without the entry to the surface of the land.

5) The minerals and mineral rights reserved in the Deed from Lippow Development Co. to Leon J. Prevost, recorded April 25, 1963, Book 4352, Official Records, Page 599, as follows:

"One-half of all oil, gas, casinghead gasoline and other hydrocarbon and mineral substances, together with the right to take, remove, mine and dispose of all of said oil, gas, casinghead gasoline and other hydrocarbon and mineral substances."

APN No:  018-480-034

# EXHIBIT A