IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMUALDO ENRIQUEZ and OLIVIA ENRIQUEZ,<br><br>        Plaintiffs,<br>  v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>        Defendants. / | No. C-15-0940 MMC<br><br>**ORDER DIRECTING PLAINTIFFS TO SUBMIT CHAMBERS COPY OF COMPLAINT** |

On April 1, 2015, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the case, plaintiffs are hereby DIRECTED to submit forthwith a chambers copy of the Complaint, filed March 2, 2015.

**IT IS SO ORDERED.**

Dated: April 2, 2015

                                                  MAXINE M. CHESNEY
                                                  United States District Judge