IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMUALDO ENRIQUEZ and OLIVIA ENRIQUEZ,<br><br>            Plaintiffs,<br>    v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>            Defendants. | No. C-15-0940 MMC<br><br>**SECOND ORDER DIRECTING PLAINTIFFS TO SUBMIT CHAMBERS COPY OF COMPLAINT** |

By order filed April 2, 2015, the Court directed plaintiffs to submit forthwith a chambers copy of the Complaint, filed March 2, 2015. To date, plaintiffs have failed to comply with the Court's order.

Accordingly, plaintiffs are again hereby DIRECTED to submit forthwith a chambers copy of the Complaint. Failure to comply may result in the imposition of sanctions.

**IT IS SO ORDERED.**

Dated: April 22, 2015

_____
MAXINE M. CHESNEY
United States District Judge