IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMUALDO ENRIQUEZ and OLIVIA ENRIQUEZ,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>　　　　　Defendants. | No. C-15-0940 MMC<br><br>**ORDER VACATING HEARING ON DEFENDANTS' MOTION TO DISMISS** |

　　　Before the Court is the Motion to Dismiss, filed June 8, 2015, on behalf of defendants Bank of America, N.A., and The Bank of New York Mellon f/k/a The Bank of New York as trustee for the Structured Asset Mortgage Investments II Trust 2006-AR7 Mortgage Pass-Through Certificates, Series 2006-AR7.  Plaintiffs Romualdo and Olivia Enriquez have filed opposition, to which defendants have replied.[1]  Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and hereby VACATES the hearing scheduled for July 17, 2015.

　　　**IT IS SO ORDERED.**

Dated:  July 14, 2015

　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

　　　[1]Defendants failed to provide the Court with a chambers copy of their reply.  Nonetheless, the Court has considered it.  For future reference, defendants are reminded that, pursuant to Civil Local Rule 5-1(e)(7) and the Court's Standing Orders, parties are required to provide for use in chambers one paper copy of each document that is filed electronically.