Michael Yesk (SB#130056)
Yesk Law
70 Doray Drive, Suite 16
Pleasant Hill, CA 94523
(925)849-5525
yesklaw@gmail.com
Attorney for Plaintiffs

**IT IS SO ORDERED**
*Maxine M. Chesney*
Judge Maxine M. Chesney

Dated: November 5, 2015

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMUALDO ENRIQUEZ and OLIVIA ENRIQUEZ,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., NATIONSTAR MORTGAGE, LLC and THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as trustee for the STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2006-AR7 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR7,<br><br>Defendants. | Case No.: 3:15-cv-0940-MMC<br><br>**SUBSTITUTION OF ATTORNEY**<br><br>AND ORDER THEREON |

The Court and all parties are notified that:

ROMUALDO ENRIQUEZ and OLIVIA ENRIQUEZ, ("Plaintiffs"), makes the following substitution: Appellant's former legal representatives was Mark W. Lapham.

Plaintiffs hereby release Mark W. Lapham as legal counsel. Plaintiffs request to have Michael Yesk (SB No.: 130056); Yesk Law; 70 Doray Drive, Suite 16, Pleasant Hill, CA 94523; (925)849-5525; yesklaw@gmail.com, substitute in as counsel.

Substitution of Attorney - 1

1 | I consent to this substitution.

2 | DATED: November 4, 2015           Signed,

3

4

5                                    _____
                                     ROMUALDO ENRIQUEZ
6 | I consent to this substitution.

7 | DATED: November 4, 2015           Signed,

8

9

10                                   _____
                                     OLIVIA ENRIQUEZ
11

12 | I consent to this substitution.

13

14 | DATED: NOV· 4th, 2015             Signed,

15

16                                   _____
                                     Mark W. Lapham
17

18

19 | I consent to this substitution.

20

21 | DATED: November 4, 2015           Signed,

22

23                                   _____
24                                   Michael Yesk, Esq.
                                     Yesk Law
25                                   Attorney for Plaintiffs
                                     70 Doray Drive, Suite 16
26                                   Pleasant Hill, CA 94523
                                     (925)849-5525
                                     yesklaw@gmail.com

Substitution of Attorney - 2