IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMUALDO ENRIQUEZ and OLIVIA ENRIQUEZ,<br><br>            Plaintiffs,<br>   v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>            Defendants.<br>_____/ | No. C 15-0940 MMC<br><br>**ORDER OF DISMISSAL** |

   The parties having advised the Court that they have agreed to a settlement of this cause, and the settlement having been placed on the record,

   IT IS HEREBY ORDERED that plaintiffs' claims alleged against defendants herein be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety (90) days, with proof of service of a copy thereof on the opposing party, that the agreed consideration for the settlement has not been delivered, the foregoing order shall stand vacated and the action shall forthwith be restored to the calendar for further proceedings as appropriate.

   **IT IS SO ORDERED.**

Dated: December 15, 2015

_____
MAXINE M. CHESNEY
United States District Judge