Michael Yesk (SB#130056)
Yesk Law
70 Doray Drive, Suite 16
Pleasant Hill, CA 94523
925-849-5525
yesklaw@gmail.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMUALDO ENRIQUEZ and OLIVIA ENRIQUEZ, <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA, N.A., NATIONSTAR MORTGAGE, LLC and THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as trustee for the STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2006-AR7 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR7, <br><br> Defendants. | Case No.: 3:15-cv-0940-MMC <br><br> REQUEST FOR DISMISSAL WITH PREJUDICE <br> Fed. R. Civ. P. 41(a)(1)(A)(i); <br> [~~Proposed~~] ORDER |

Plaintiffs ROMUALDO ENRIQUEZ and OLIVIA ENRIQUEZ (collectively "Plaintiffs") and

Defendants BANK OF AMERICA, N.A., NATIONSTAR MORTGAGE, LLC and THE BANK

OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as trustee for the STRUCTURED

ASSET MORTGAGE INVESTMENTS II TRUST 2006-AR7 MORTGAGE PASS-THROUGH

CERTIFICATES, SERIES 2006-AR7, ("Defendants"), hereby stipulate and agree that the

Complaint and all causes of action be dismissed as to all Defendants and causes of action, pursuant

to Fed. R. Civ. P. 41(a)(1)(A)(i) and this stipulation, with prejudice, each party to bear its own costs and fees.

DATED: January 15, 2016          Respectfully submitted,


                                  _/s/ Michael Yesk_____
                                  Michael Yesk, Attorney for Plaintiffs




DATED: January 15, 2016          Severson & Werson, APC



                                  _/s/_ David E. Pinch_____
                                  David E. Pinch
                                  Severson & Werson, PC
                                  One Embarcadero Center Suite 2600
                                  San Francisco, CA 94111
                                  Attorney for Defendants

        Based on the Plaintiffs' request pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Defendant's Stipulation and good cause appearing,

        IT IS ORDERED that

        The case is dismissed as to the entire action, with prejudice, each side to bear its own costs and fees.




DATED: January _19_, 2016

                                  United States District Court Judge

STIPULATION FOR DISMISSAL WITH PREJUDICE

2